DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                           ) Case No.: 09-11250 AJ-13
                                                 )
JOHNNY M MAGSAMBOL & ELIVIRA M                   ) ORDER DISMISSING PROCEEDINGS
                                                 )
MAGSAMBOL                                        )
                                                 )

Debtors.

This matter having come on regularly for hearing on September 29, 2009 and

(  ) the debtor(s) having failed to appear

(X) the debtor(s) having failed to remit the required plan payments to the Trustee

(  ) it appearing that the debtor(s) are not eligible for Chapter 13

(  ) it appearing that the debtor(s) can not propose a confirmable Plan

(  ) the debtor(s) having voluntarily requested dismissal

(  ) the debtor(s) having failed to provide proof of liability insurance

**IT IS ORDERED** that the case be and hereby is dismissed under Title 11 of the United States Code.

**IT IS FURTHER ORDERED** that any restraining orders heretofore entered in these proceedings be and hereby are vacated.

Dated: October 21, 2009

Alan Jaroslovsky
U.S. Bankruptcy Judge